**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CXT SYSTEMS, INC.,** | |
| **Plaintiff,** | |
| **v.** | **CASE NO. 2:19-cv-00270-JRG-RSP** |
| **THE NEIMAN MARCUS GROUP LTD. LLC,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL

Defendant The Neiman Marcus Group LLC ("Defendant") files this Notice of Appearance of Counsel and hereby notifies the Court that Rodeen Talebi of the law firm Fish & Richardson P.C., located at 1717 Main Street, Suite 5000, Dallas, Texas 75201, is appearing as counsel of record for Defendant in this litigation.  All pleadings, discovery, correspondence, and other materials should be served upon counsel at the address referenced herein.

Dated: October 3, 2019                Respectfully submitted,

*/s/ Rodeen Talebi*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
Rodeen Talebi
Texas Bar No. 24103958
talebi@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT
NEIMAN MARCUS GROUP LLC**


## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 3, 2019.

*/s/ Rodeen Talebi*
Rodeen Talebi